**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 1:19-cr-20801-JLK/Becerra**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IRA VERSHAD MCFADDEN,

    Defendant.

                                            /

## ORDER DENYING OBJECTIONS TO REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Defendant's Objections, filed on June 21, 2021, (DE 45) to Magistrate Judge Jacqueline Becerra's Report and Recommendation, ("R&R") entered June 9, 2021 (DE 43). Magistrate Judge Becerra recommends denying Defendant's Motion to Suppress, reasoning that based on the "observations" by law enforcement, coupled with the "exigency" of the circumstances, it is "sufficient to justify a warrantless arrest of Defendant." R&R at 6. Additionally, "the length of the detention [of Defendant] was reasonable" and insufficient to show that Defendant's consent and statements were involuntary. R&R at 8.

Defendant's objections were timely filed within the applicable 14-day period. The Court has carefully considered these objections and the pleadings. Upon performing a *de novo* review of the record and after careful consideration, the Court finds that Magistrate Judge Becerra's well-reasoned R&R (DE 43) accurately states the facts and law of the case.

Accordingly, it is **ORDERED, ADJUDGED and DECREED** that:

1. Defendant's Objections **(DE 45)** to Magistrate Judge Becerra's Report and Recommendation are hereby **DENIED;**

2. Magistrate Judge Jacqueline Becerra's June 9, 2021 Report and Recommendation **(DE 43)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court; and

3. Defendant's Motion to Suppress Physical Evidence and Statements **(DE 24)** is hereby **DENIED.**

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 25th day of June, 2021.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:** **Magistrate Judge Jacqueline Becerra**
**All counsel of record**